IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ESTELLA ACOSTA,

    Plaintiff,

vs.

REAL MONARCA, INC. d/b/a
MONARCA'S AUTHENTIC
MEXICAN CUSINE BAR & GRILL,

    Defendants.

Case No.: 2:21-cv-189-SPC-NPM

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.01(a), and *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the parties notify the Court that Plaintiff's FLSA claim has been settled in full, without compromise, separately from attorney's fees and costs. Contemporaneously with the filing of this Notice of Settlement, the parties have filed a Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 31, 2021

    Respectfully submitted,

    /s/ Jason L. Gunter
    Jason L. Gunter
    Fla. Bar No. 0134694
    Email: Jason@GunterFirm.com
    Conor P. Foley
    Fla. Bar No. 111977
    Email: Conor@GunterFirm.com
    **GUNTERFIRM**
    1514 Broadway, Suite 101
    Fort Myers, FL 33901
    Tel: 239.334.7017

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this day, August 31, 2021.

/s/ Jason L. Gunter
JASON L. GUNTER
